IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL RICHERSON,

    Plaintiff,                    No. CIV S-09-1501 GGH P

    vs.

GARY STANTON, et al.,

    Defendants.               ORDER

_____/

        On July 29, 2009, plaintiff filed his consent to the jurisdiction of the undersigned (docket #4). By order filed September 8, 2009, the court granted plaintiff thirty days to file an amended complaint. In the September 8th order, the court informed plaintiff of the deficiencies in his complaint. On October 1, 2009, plaintiff was granted a sixty (60) day extension of time to file his amended complaint. The sixty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the September 8, 2009, order, IT IS HEREBY ORDERED that this action is dismissed with prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: January 11, 2010                    /s/ Gregory G. Hollows

                                                          UNITED STATES MAGISTRATE JUDGE

GGH:035
rich1501.fta

1